IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PENN MILLERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:14CV3209 |
| v. | ) ) ) | |
| PIERCE ELEVATOR, INC., BRIAN BARGSTADT, VICKI BARGSTADT, DOUGLAS ALBERS, and JOAN ALBERS, | ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

Pursuant to the parties' Stipulated Motion for Confession of Judgment (Filing 28), in which the defendants confess judgment in favor of the plaintiff, and upon this court's findings that: (a) the terms of the Stipulated Motion for Confession of Judgment are reasonable and (b) the terms of the Stipulated Motion for Confession of Judgment (Filing 28) are deemed an order of this court,

**JUDGMENT** is hereby entered in favor of plaintiff Penn Millers Insurance Company and against the defendants, jointly and severally, in the amount of $320,000, with post-judgment interest to accrue at 2.137%, compounded annually. This Judgment shall be satisfied pursuant to the terms of the parties' Stipulated Motion for Confession of Judgment (Filing 28) and the parties' Settlement Agreement.

DATED this 31st day of July, 2015.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge